

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF T...
FILED
NOV 26 1996
...CY DOHERTY, CLERK

| | |
|---|---|
| DAVID J. STEINBERG, CHAILE B. STEINBERG, RICHARD H. BAILEY, CLAIRE LILY GIRARDOT, ARLENE B. HELFAND, EDWARD MEISEL and EDWARD SLATE, Individually and on behalf of all those similarly situated, | : : : : : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 3-93-CV-1683T |
| v. | : : |
| IRG TECHNOLOGIES, INC., TONY SACHDEVA, NASIM AZIZ, WAYNE R. MAYNARD, MONTGOMERY SECURITIES, KEMPER SECURITIES INC. and RAYMOND JAMES & ASSOCIATES, INC., | : : : : : : |
| Defendants. | : |

## ORDER AWARDING PLAINTIFFS' COUNSEL'S FEES AND EXPENSES

THIS MATTER having come before the Court on November 26, 1996 on the joint application of counsel for the plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in the action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that:



1. The capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated May 5, 1995 ("Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the certified class who have not timely and validly requested exclusion.

3. The Court hereby awards plaintiffs' counsel attorneys' fees of one-third of the revised Settlement Fund, or $91,667, together with one-third of all interest earned on the Settlement Fund from its deposit in to escrow until the time of payment, together with litigation expenses, which expenses presently total $54,749.68. The Court finds that the amount of fees awarded is fair and reasonable under both the "percentage of recovery" and "lodestar" methods.

4. The fees and expenses shall be allocated among plaintiffs' counsel by Plaintiffs' Co-Lead Counsel in a manner which, in Plaintiffs' Co-Lead Counsel's good faith judgment, reflects each such plaintiff's counsel's contribution to the institution, prosecution, and resolution of the Litigation.

5. The payment of attorneys' fees and expenses shall be made in accordance with paragraph 6 of the Stipulation.

IT IS SO ORDERED.

DATED: November 26, 1996.

_____
THE HONORABLE ROBERT B. MALONEY
United States District Court Judge

ORDER AWARDING PLAINTIFFS' COUNSEL'S FEES AND EXPENSES - Page 2
MNE-50293-jmb